```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 11441
   LUIS VAZQUEZ
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK

           Debtor
    SSN XXX-XX-6165


----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

      1.   The case was filed on 06/26/07 .

      2.   The case was dismissed without confirmation, 10/26/2007.

      3.   The Debtor paid a total of $   1020.00 .

----------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
----------------------------------------------------------------------
AMERICAS SERVICING CO      CURRENT MORTG          .00           .00            .00
AMERICAS SERVICING CO      MORTGAGE ARRE          .00           .00            .00
WILL COUNTY TREASURER      SECURED                .00           .00            .00
ASSET ACCEPTANCE CORP      UNSECURED       NOT FILED            .00            .00
FIA CARD SERVICES          UNSECURED       NOT FILED            .00            .00
CAPITAL ONE BANK           UNSECURED       NOT FILED            .00            .00
CAPITAL ONE BANK           UNSECURED       NOT FILED            .00            .00
CALVARY PORTFOLIO SERV     UNSECURED       NOT FILED            .00            .00
COMED                      UNSECURED       NOT FILED            .00            .00
ENCORE                     UNSECURED       NOT FILED            .00            .00
GEMB                       UNSECURED       NOT FILED            .00            .00
NICOR GAS                  UNSECURED       NOT FILED            .00            .00
SBC AMERITECH              UNSECURED       NOT FILED            .00            .00
       Summary of disbursements:
----------------------------------------------------------------------
                 SECURED      PRIORITY     UNSECURED      OTHER         TOTAL
----------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00          .00          .00          .00
PRINCIPAL PAID         .00          .00          .00          .00          .00
INTEREST PAID          .00          .00          .00          .00          .00
TOTAL PAID             .00          .00          .00          .00          .00
The Debtor's attorney, ROBERT V SCHALLER         , was allowed $        .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $   1020.00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 01/14/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                              PAGE  2
       CASE NO. 07 B 11441 LUIS VAZQUEZ
```